

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **WILLIAM G. RIVES**<br>Tel.: (646) 581-8031<br>wrives@law.nyc.gov |

**VIA ECF**
Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States District Court
500 Pearl Street
New York, NY 10007

*Defendant's request for an adjournment of the initial pre-trial conference is GRANTED. The conference previously scheduled for March 16, 2021 will be held on May 21, 2021 at 11:00 a.m.*

SO ORDERED.         3/15/2021

*/s/ Lewis J. Liman*
LEWIS J. LIMAN
United States District Judge

March 12, 2021

Re:     *M.K. obo S.J., v. New York City Dep't of Educ.*  20-cv-10261 (LJL)(BCM)

Dear Judge Liman:

     I am Assistant Corporation Counsel in the office of Corporation Counsel James E. Johnson, attorney for Defendant in the above-referenced action wherein Plaintiff seeks attorneys' fees , costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq*. as well as for this action

     I write to respectfully request an extension of the deadline to hold an initial pretrial conference scheduled March 16, 2021. I respectfully request that the Court adjourn the conference to May 17, 2021 or a date thereafter convenient for the Court. Defendant has obtained settlement authority from the New York City Comptroller, and the parties have been actively negotiating a settlement. I am optimistic that the parties can reach an agreement without further burden to the court.

     Accordingly, I respectfully request that the initial pretrial conference be adjourned to May 17, 2021 or a date thereafter convenient for the Court.

     Thank you for your consideration.

                                              Respectfully,

                                              *s/ William G. Rives*
                                              William G. Rives

- 2 -

Assistant Corporation Counsel

cc: Steven J. Alizio, Esq.
Law Office of Steven Alizio, PLLC  (*by ECF*)